United States District Court
Southern District of Texas
FILED

MAY 27 2016

David J. Bradley, Clerk

AO-91 (Rev. 8/01) Criminal Complaint

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | TEXAS |

UNITED STATES OF AMERICA
V.

**CRIMINAL COMPLAINT**

Case Number: M-16-1029-M

Diana Gonzalez-Hernandez
YOB: 1990
Mexican Citizen

I, the undersigned complainant state that the following is true and correct to the best of my

Knowledge and belief. On or about _May 26, 2016_ in _Hidalgo_ County, in
(Date)

the _Southern_ District of _Texas_ Defendant(s) did,

Knowingly and intentionally possess with intent to distribute approximately 1.22 kilograms of Methamphetamine and 7.68 kilograms Cocaine, a Schedule II controlled substances, and did knowingly and intentionally conspire to possess with intent to distribute approximately 1.22 kilograms of Methamphetamine and 7.68 kilograms Cocaine, a Schedule II controlled substances.

in violation of Title _21_ United States Code, Section(s) _841(a)(1), 846, and 952_.

I further state that I am a(n) _Special Agent_ And that this complaint is based on the
Official Title

following facts:

See Attachment "A"

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

Approved
[signature]

Signature of Complainant

Victor Garza, HSI Special Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

May 27, 2016  8:29am At          McAllen, Texas
Date                                City and State

U.S. Magistrate Judge, Peter E. Ormsby
Name and Title of Judicial Officer

[signature]
Signature of Judicial Officer

## Attachment "A"

On May 26, 2016, Homeland Security Investigations (HSI), McAllen, Texas, was notified by Customs and Border Protection (CBP) that Diana GONZALEZ-Hernandez had attempted to enter the United States (U.S.) via the Hidalgo Port of Entry in Hidalgo, Texas, as the driver of a 2010 grey in color Ford Escape displaying Mexican license plates XKH 2579. During primary inspection, GONZALEZ-Hernandez provided a negative declaration to Customs and Border Protection Officer (CBPO) for merchandise or narcotics. GONZALEZ-Hernandez stated the vehicle belonged to her and she was traveling to the U.S. to go shopping. The CBPO's queries revealed GONZALEZ-Hernandez had several solo crossing in the vehicle, the last being two weeks ago. The CBPO noticed the vehicle had an unusually clean interior, and both the glove compartment and center console were empty of personal belongings.

GONZALEZ-Hernandez and the vehicle were sent to secondary inspection for further examination where CBPOs observed the vehicle to have a clean interior and a single key to operate the vehicle. The CBPO at secondary inspection observed GONZALEZ-Hernandez to be nervous by talking fast. A CBPO K-9 alerted to the presence of narcotics in the vehicle and a non-intrusive x-ray revealed anomalies in the rocker panel of the vehicle. Further inspection of the vehicle resulted in the finding of seven (7) bundles in a false compartment in the rocker panel of the vehicle. The seven (7) bundles had a total weigh of 1.22 kilograms methamphetamine and 7.68 kilograms of cocaine.

HSI McAllen special agents responded to the port of entry to interview GONZALEZ-Hernandez who was advised of her Miranda Warnings which she waived and agreed to answer questions without an attorney present. GONZALEZ-Hernandez stated the vehicle belongs to her and she purchased it herself approximately three (3) months ago in Mexico. GONZALEZ-Hernandez said she is the only person who drives the vehicle and the only person who has keys to the vehicle. GONZALEZ-Hernandez stated she has not let anyone borrow her vehicle and has not had any work done to her vehicle since she purchased the vehicle. GONZALEZ-Hernandez said she was traveling into the U.S. to purchase fans for her mother. GONZALEZ-Hernandez stated she works at a factory in Mexico but could not provide a telephone number or a name of a person who could verify her employment at the factory. GONZALEZ-Hernandez said she did not have any knowledge of the narcotics in her vehicle or who would place the narcotics in her vehicle.

GONZALEZ-Hernandez did not provide any additional information.